IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOSEPH HERCULES NORTON, | § | |
| Petitioner, | § | |
| v. | § | 2:13-CV-0215 |
| WILLIAM STEPHENS,<br>Director, Texas Dep't of Criminal Justice,<br>Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On April 10, 2014, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein the instant habeas application be dismissed. On April 21, 2014, Petitioner filed his "In Agreement for a Dismissal" [sic] wherein he agreed with the Magistrate Judge's Report and Recommendation.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this _24th_ day of _April_ 2014.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE